IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BERKLEY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JOYCE MIKESELL, ROBIN C. BOLLES, CLAYTON C. BOLLES,<br><br>Defendants. | CV 20–137–M–DLC<br><br><br>ORDER |

Judge DeSoto having recused herself from this case,

IT IS ORDERED that the above-captioned cause is REASSIGNED to the Honorable Dana L. Christensen for all further proceedings.

IT IS FURTHER ORDERED that the preliminary pretrial conference set for December 4, 2020 is VACATED and will be reset in the future by separate order.

DATED this 13th day of October, 2020.

_____
Dana L. Christensen, District Judge
United States District Court