IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BERKLEY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>JOYCE MIKESELL, ROBIN C. BOLLES, CLAYTON C. BOLLES,<br><br>        Defendants. | CV 20–137–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Notice of Settlement and Motion to Stay Proceedings. (Doc. 16.) The parties advise the Court that they have reached a tentative settlement in this case pending finalization. (*Id.* at 2.) For this reason, Defendants/Counterclaimants request an extension of their deadline to file a response brief to Berkely Insurance Company's partial motion to dismiss. (*Id.*)

IT IS ORDERED that the Motion (Doc. 16) is GRANTED. Defendants/Counterclaimants' brief shall be due January 11, 2021.

DATED this 15th day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court