IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BERKLEY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>JOYCE MIKESELL, ROBIN C. BOLLES, CLAYTON C. BOLLES,<br><br>    Defendants. | CV 20–137–M–DLC<br><br><br>ORDER |

  Pursuant to the Parties' Stipulation of Dismissal with Prejudice (Doc. 19),

  IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

  DATED this 26th day of January, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1